**Opinion issued December 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00243-CV

_____

## IN RE DICKINSON FORTY, LLC, BINNACLE DEVELOPMENT, LLC , AND JERRY LEBLANC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Dickinson Forty, LLC, Binnacle Development, LLC, and Jerry LeBlanc filed a petition for writ of mandamus complaining of the trial court's February 9, 2024 order denying relators' motion to designate a responsible third party and the trial court's March 12, 2024 order granting real party in interest Adams

Homes Lone Star, LLC's motion to strike relators' amended answer.[1]  A response was requested and filed by Adams Homes and real party in interest Lexington 26, L.P. d/b/a Colina Homes.

We deny the petition.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.  The stay imposed by this Court's order of April 16, 2024 is lifted.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

---

[1]  The underlying case is *Lexington 26, L.P. D/B/A Colina Homes v. Dickinson Forty, LLC and Adams Homes Lone Star, LLC*, cause number 21-CV-0871, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.